UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGYNALD JACKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; WILLIAM HAMRICK, individually and in his capacity as a police officer for the CITY OF VALLEJO; KENT TRIBBLE, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,<br><br>　　　　Defendants.<br>_____/ | Case No. 2:05-CV-01399-LKK-GGH<br><br>**ORDER EXTENDING VDRP DEADLINE** |

　　　FOR THE REASONS stated in the parties Stipulation, the Court hereby grants the parties' Stipulation and orders that the parties shall complete VDRP by May 19, 2006.

Dated: April 13, 2006

　　　　　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE