UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGYNALD JACKSON,

          Plaintiff,

    vs.

CITY OF VALLEJO,  a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; WILLIAM HAMRICK, individually and in his capacity as a police officer for the CITY OF VALLEJO; KENT TRIBBLE, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,

          Defendants.

                         /

Case No.  2:05-CV-01399-LKK-GGH

**ORDER TO FURTHER EXTEND VDRP DEADLINE AND DEADLINE TO EXCHANGE EXPERT REPORTS**

     FOR THE REASONS stated in the parties Stipulation, the Court hereby grants the parties' Stipulations and Orders that the exchange of expert reports shall occur no later than August 14, 2006 and that parties shall complete VDRP by September 22, 2006.  No further continuances of these matters shall be granted.

IT IS SO ORDERED.

DATED:  July 25, 2006.

_____
UNITED STATES DISTRICT JUDGE