UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REGYNALD JACKSON,

           Plaintiff,

   v.

CITY OF VALLEJO, et al.,

           Defendants.
_____/

NO. CIV. S-05-1399 LKK/GGH

O R D E R

    The court is in receipt of the parties' letter seeking clarification of the Court's July 25, 2006 order.  That order is hereby AMENDED to include the following language:  The exchange of expert reports shall occur no later than August 28, 2006.

    IT IS SO ORDERED.

    DATED: August 16, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT