JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGYNALD JACKSON, | Case No. 2:05-CV-01399-LKK-GGH |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; WILLIAM HAMRICK, individually and in his capacity as a police officer for the CITY OF VALLEJO; KENT TRIBBLE, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO, | |
| Defendants.                                             / | |

THE PARTIES hereby Stipulate and agree to continue the Pre-Trial Conference set in this matter for February 12, 2007 at 1:30 p.m. by two weeks to February 26, 2007 at 1:30 p.m.

Good cause for the continuance exists due to Plaintiff's lead counsel's previously unanticipated unavailability on February 12, 2007. Plaintiff's lead counsel, John L. Burris, is also Plaintiffs' steering committee counsel in *Satchell v. Federal Express* Case No. C 03 2659.e & C 03 2878 SI. Mr. Burris' presence is required in Memphis, Tennessee for further mediation in *Satchell* on February 12 and 13, 2007. Alternatively, Plaintiff's counsel requests relief from the Court's Pre-Trial

PDF created with pdfFactory trial version www.pdffactory.com

1  Order requirement that lead counsel be present at the Pre-Trial Conference, and allow the Pre-Trial
2  Conference to go forward with associate counsel Benjamin Nisenbaum present for Plaintiff.
3
4  Dated: January 26, 2007           **The Law Offices of John L. Burris**
5
6                                    _____/s/John L. Burris_____
                                      John L. Burris
7                                     Attorney for Plaintiff
8
   Dated: January 26, 2007           **FREDERICK G. SOLEY, City Attorney**
9                                    **ALESIA JONES-MARTIN, Assistant City Attorney**
10
11                                   _____/s/Alesia Jones-Marrtin_____
                                     Alesia Jones-Martin, Assistant City Attorney
12                                   Attorneys for Defendants
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGYNALD JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; WILLIAM HAMRICK, individually and in his capacity as a police officer for the CITY OF VALLEJO; KENT TRIBBLE, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,<br><br>    Defendants.<br>_____/ | Case No. 2:05-CV-01399-LKK-GGH<br><br>**ORDER CONTINUING THE PRE-TRIAL CONFERENCE DATE** |

GOOD CAUSE SHOWN, The Pre-Trial Conference in this matter scheduled for February 12, 2007 at 1:30 p.m. is hereby continued to February 26, 2007 at 1:30 p.m.

Dated: February 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND (PROPOSED) ORDER CONTINUING PRE-TRIAL CONFERENCE
Case No. 2:05-CV-01399-LKK-GGH                                                                         3

PDF created with pdfFactory trial version www.pdffactory.com