FREDERICK G. SOLEY
City Attorney, SBN 100270
**ALESIA JONES-MARTIN**
Assistant City Attorney, SBN 154420
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA  94590
Tel:  (707) 648-4545    FAX:  (707) 648-4687

TERENCE J. CASSIDY, ESQ., SBN 99180
CARL FESSENDEN, ESQ., SBN 161494
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Avenue, Suite 200
Sacramento, CA  95825
Tel:  (916) 929-1481    FAX: (916) 927-3706

Attorneys for Defendants, CITY OF VALLEJO, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REGYNALD JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; WILLIAM HAMRICK, individually and in his capacity as a police officer for the CITY OF VALLEJO; KENT TRIBBLE, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,<br><br>    Defendants. | **Case No. 2:05-CV-01399-LKK-GGH**<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41 (a)(2)**<br><br>Complaint Filed:  July 15, 2005<br>Trial Date:  May 1, 2007 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff REGYNALD JACKSON and Defendants CITY OF VALLEJO, ROBERT NICHELINI, WILLIAM HAMRICK, and

1  MICHAEL KENT TRIBBLE, by and through their undersigned counsel, that any and all claims
2  against Defendants CITY OF VALLEJO, ROBERT NICHELINI, WILLIAM HAMRICK, and
3  MICHAEL KENT TRIBBLE be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal
4  Rules of Civil Procedure.

6  DATED: April 5, 2007           /s/ - John Burris
                                  JOHN L. BURRIS
7                                 Attorney for Plaintiff
                                  REGYNALD JACKSON

9  DATED: April 12, 2007          PORTER, SCOTT, WEIBERG & DELEHANT
                                  A Professional Corporation

11                                /s/ - Carl Fessenden
                                  CARL FESSENDEN
12                                Attorney for Defendants,
                                  CITY OF VALLEJO, ROBERT W.
13                                NICHELINI, WILLIAM HAMRICK, and
                                  KENT TRIBBLE

15
16 DATED: April 12, 2007_____     /s/ - Alesia Jones-Martin
                                  ALESIA JONES-MARTIN
                                  Assistant City Attorney
17                                Attorney for Defendants,
                                  CITY OF VALLEJO, ROBERT W.
18                                NICHELINI, WILLIAM HAMRICK, and
                                  KENT TRIBBLE

**O R D E R**

IT IS HEREBY ORDERED that Defendants CITY OF VALLEJO, ROBERT NICHELINI, WILLIAM HAMRICK, and MICHAEL KENT TRIBBLE be dismissed from this action with prejudice.

Dated: April 13, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41 (a)(2)